## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 143 MAL 2015

                       Petitioner

                :  Petition for Allowance of Appeal from the
                :  Order of the Superior Court

          v.

ZACHERY TAYLOR BINKLEY,

                      Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.